**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE ALFREDO RODRIGUEZ-PEREZ, | No. 09-71071 |
| Petitioner, | Agency No. A037-803-987 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 8, 2011[**]

Before:     FARRIS, O'SCANNLAIN, and BYBEE, Circuit Judges.

Jose Alfredo Rodriguez-Perez, a native and citizen of Mexico, petitions pro

se for review of the Board of Immigration Appeals' ("BIA") order denying his

motion to reopen.  We have jurisdiction under 8 U.S.C. § 1252.  We review for

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The BIA did not abuse its discretion by denying Rodriguez-Perez's motion to reopen as untimely because it was filed over 90 days after the BIA's final order, *see* 8 C.F.R. § 1003.2(c)(2), and because Rodriguez-Perez failed to establish the due diligence required for equitable tolling, *see Iturribarria*, 321 F.3d at 897.

**PETITION FOR REVIEW DENIED.**

09-71071